105 So.2d 703

**Floyd Earl WEBB**

v.

**STATE.**

**6 Div. 351.**

Supreme Court of Alabama.

Oct. 9, 1958.

McDonald & Moon, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Alvin T. Prestwood, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Floyd Earl Webb for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Webb v. State, 39 Ala.App. 591, 105 So.2d 701.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

105 So.2d 694

**Henry L. SIMMONS**

v.

**STATE.**

**3 Div. 842.**

Supreme Court of Alabama.

Oct. 9, 1958.

John Patterson, Atty. Gen., and John F. Proctor, Asst. Atty. Gen., for the petition.

Rogers, Rogers & Scott, Greenville, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Simmons v. State, 39 Ala.App. 477, 105 So.2d 691.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

 105 So.2d 690

**Homer KELLEY**

v.

**STATE.**

**5 Div. 703.**

Supreme Court of Alabama.

Oct. 9, 1958.

Geo. P. Howard, Wetumpka, for petitioner.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Homer Kelley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Kelley v. State, 39 Ala.App. 572, 105 So.2d 687.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.